IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13CR22-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | AMENDED |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| FABIAN DAVID SPARROW, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Motion To Continue the above captioned matter filed on April 17, 2014, (Doc.#88) from the May 5, 2014, criminal term in the Statesville Division.

For the reasons stated in the Defendant's Motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** Moreover, the Court will peremptorily set this case to June 9, 2014. The Court further finds that the ends of justice served by taking such action as requested by both parties outweigh the best interest of the public and the Defendant to a speedy trial. Thus, the time period from May 5, 2014, until the date of the Defendant's trial, during a special term, to be held on June 9, 2014, in the Statesville Division, is excludable from the speedy trial time period.

**IT IS, THEREFORE, ORDERED THAT:**

1. This matter is peremptorily set for **<u>June 9, 2014 at 9:30 AM</u>**, in the Statesville Division.

Signed: April 24, 2014

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge