IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:13-cr-22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FABIAN DAVID SPARROW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Unopposed Motion for Transfer, filed on June 14, 2014. (Doc. 143.)

The Court finds the Motion well taken. Transferring the Defendant from Caldwell County Jail to Mecklenburg County Jail would facilitate defense counsel's representation of his client's interests. Additionally, defense counsel is court appointed, therefore, transferring the Defendant would also "save taxpayers thousands of dollars by eliminating [defense counsel's] travel time between Charlotte and Caldwell County," (Doc. 143 at 2.)

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion for Transfer is **GRANTED** and it is this Court's recommendation that Defendant Fabian David Sparrow be transferred from Caldwell County Jail to Mecklenburg County Jail at the Marshal's earliest convenience.

The Clerk is directed to serve the United States Marshals with a copy of this Order.

Signed: June 12, 2014

Richard L. Voorhees
United States District Judge