IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:13-cr-22

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER** |
| FABIAN DAVID SPARROW, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon Defendant's Unopposed Motion for Transfer, filed on June 14, 2014, (doc. 143), and this Court's Order Granting the Motion, entered on June 12, 2014. (Doc. 144.)

In the interest of facilitating defense counsel's representation of his client's interests and reducing the resulting costs of Defendant's court-appointed attorney travelling between Charlotte and Caldwell County;

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion for Transfer is **GRANTED** and it is this Court's recommendation that Defendant Fabian David Sparrow be transferred from Caldwell County Jail to Gaston County Jail at the Marshal's earliest convenience.

The Clerk is directed to serve the United States Marshals with a copy of this Order.

Signed: June 16, 2014

Richard L. Voorhees
United States District Judge