IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-CR-22

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FABIAN DAVID SPARROW, | ) | |
| | ) | |
| **Defendant.** | ) | |

**BEFORE THE COURT** is its own supplemental order pursuant to the *ex parte* Order dated June 18, 2015. On June 18, 2015, this Court granted Defendant's *ex parte* Motion to Extend Deadline to file Objections to the Presentence Investigation Report. Currently, the deadline is held in abeyance. The Order specified that "[t]he Court will issue a supplemental order regarding the new deadline at the appropriate time." (Doc. 193). The deadline is three weeks from the date of this Order, or **August 6, 2015**.

Signed: July 16, 2015

Richard L. Voorhees
United States District Judge